IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| J.M.O., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-7-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| MERRICK GARLAND, *et al.*, | : | |
| | : | |
| Respondents. | : | |

# **ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on January 7, 2025 (ECF No. 1). The Court screened the Petition and it appears that it may be premature, but the Court does not currently have enough information to make that determination. Accordingly, Respondents shall have twenty-one (21) days to file either a motion to dismiss the application or a comprehensive response to said application explaining in writing why the application cannot be adjudicated by a motion to dismiss. 28 U.S.C. § 2243. Any and all exhibits and portions of the record that Respondents rely upon must be filed contemporaneously with the comprehensive response or dispositive motion. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 16th day of January, 2025.

    s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE