IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| J.M.O., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 4:25-cv-7-CDL-AGH |
| : | 28 U.S.C. § 2241 |
| MERRICK GARLAND, *et al.*, : | |
| : | |
| Respondents. : | |

**ORDER**

On February 20, 2025, Respondents filed a motion to dismiss (ECF No. 8) Petitioner's application for habeas relief (ECF No. 1). Respondents noted that Petitioner had been moved from Stewart Detention Center to a facility in El Paso, Texas, in preparation for Petitioner's removal. Resp'ts' Mot. to Dismiss 3, 8, ECF No. 8. As of March 24, 2025, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed Mar. 24, 2025). Consequently, Respondents are ordered to provide a status report with updated information regarding Petitioner's current location within seven days.

**SO ORDERED**, this 24th day of March, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE